# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **DIALECT, LLC** § | |
| § | |
| vs. § | NO: MO:25-CV-00060-DC-DTG |
| § | |
| **META PLATFORMS, INC.** § | |
| *Defendant* | |

## ORDER RESETTING MARKMAN HEARING
## HELD IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is RESET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Thursday, March 12, 2026 at 02:00 PM (2 hour time block).

**IT IS SO ORDERED** this **27th day of January, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE