UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DIALECT, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No. 7:25-CV-00060-DC-DTG |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Under the Scheduling Order (Dkt. 78), Plaintiff Dialect, LLC ("Dialect") and Defendant Meta Platforms, Inc. ("Meta") submit this Joint Claim Construction Statement with respect to U.S. Patent 7,398,209.

**I.   DISPUTED CLAIM TERMS**

| Claim Term | Dialect's Construction | Meta's Construction |
|---|---|---|
| "usable at each stage of processing the received user utterance"<br><br>'209 Patent, Claim 1 | Plain and ordinary meaning, Not Indefinite | Indefinite |

Dated: February 2, 2025

Respectfully Submitted,

*/s/ Justin Constant*
Garland Stephens (Texas Bar No. 24053910)
garland@bluepeak.law
Richard Koehl (Texas Bar No. 24115754)
richard@bluepeak.law
Justin Constant (Texas Bar No. 24067551)
justin@bluepeak.law
Robert Magee (*pro hac vice*)
robert@bluepeak.law

*/s/ Christina Lee*
Melissa Smith (Texas Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Tel. 903.934.8450
Fax 903.934.9257
DAVID SILBERT (*pro hac vice*)

1

Heng Gong (*pro hac vice*)
heng@bluepeak.law
Kate Falkenstien (*pro hac vice*)
kate@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd.
PMB 8160
Houston, TX 77025
Tel: (281) 972-3036

**CHERRY JOHNSON SIEGMUND JAMES, PLLC**

Mark D. Siegmund (Texas Bar No. 24117055)
msiegmund@cjsjlaw.com
Shuya "Grace" Yang (Texas Bar No. 24144144)
gyang@cjsjlaw.com
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Tel: (254) 732-2242
Fax: (866) 627-3509

William D. Ellerman (Texas Bar No. 24007151)
wellerman@cjsjlaw.com
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Tel: (254) 732-2242
Fax: (866) 627-3509

**ATTORNEYS FOR PLAINTIFF**

dsilbert@keker.com
SHARIF E. JACOB (*pro hac vice*)
sjacob@keker.com
PAVEN MALHOTRA (*pro hac vice*)
pmalhotra@keker.com
CHRISTINA LEE (*pro hac vice*)
clee@keker.com
KRISTEN E. LOVIN (*pro hac vice*)
klovin@keker.com
VISHESH NARAYEN (*pro hac vice*)
vnarayen@keker.com
STEPHANIE J. GOLDBERG (*pro hac vice*)
sgoldberg@keker.com
ASEEM MEHTA (*pro hac vice*)
amehta@keker.com
AMRUTHA DORAI (*pro hac vice*)
adorai@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2026, the foregoing document, *Joint Claim Construction Statement*, was filed electronically and served on counsel of record via the Court's CM/ECF system.

*/s/ Justin Constant*
Justin Constant
