IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DIALECT, LLC,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00060-DC-DTG |
| **META PLATFORMS, INC.,** | § | |
| *Defendant,* | § | |

**ORDER RESETTING DEADLINE**

It is hereby **ORDERED** that the February 4, 2026 deadline to submit optional technical tutorials to the Court is **VACATED**. *See* Dkt. No. 78 at 2. The parties shall instead submit any technical tutorials to the Court no later than ten (10) days before the *Markman* hearing.

**SIGNED** this 4th day of February, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE