UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| DIALECT, LLC | § § | |
| vs. | § § § | NO:  MO:25-CV-00060-DC-DTG |
| META PLATFORMS, INC.<br>    *Defendant* | § | |

## ORDER CANCELLING MARKMAN HEARING
## HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MARKMAN HEARING HELD IN PERSON, on March 12, 2026 at 02:00 PM  is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **9th day of February, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE