# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DIALECT, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>META PLATFORMS, INC.,<br><br>     Defendant. | Case No. 7:25-cv-00060-DC-DTG |

## JOINT MOTION TO STAY AND [PROPOSED] ORDER

4113839

Plaintiff Dialect, LLC and Defendant Meta Platforms, Inc. ("Meta") hereby submit this Joint Motion to Stay All Deadlines Pending Transfer of this action to the Western District of Washington.

On February 6, 2026, this Court granted Meta's Motion to Transfer this action to the Western District of Washington. ECF No. 103. The Court stayed transfer and all pending deadlines in this matter until February 20, 2026, on which date the action will be transferred to the Western District of Washington. *Id*. at 4-5. Following this Court's order transferring the action, the Western District of Washington will enter a case schedule. W.D. Wash. Patent L.R. 101, 120. Under the orders governing scheduling in this matter (ECF Nos. 78, 99, 102, and 104), certain filing dates, hearings, and deadlines may expire or occur between February 20, 2026, and the Western District of Washington's entry of a new case schedule.

Accordingly, the Parties jointly move this Court for an Order staying all pending deadlines in this action until a new scheduling order is entered in the Western District of Washington following transfer of this matter to that Court.

Respectfully submitted,

Dated:  February 11, 2026          By:    */s/ Sharif E. Jacob*
                                          MELISSA SMITH  Texas Bar No. 24001351
                                          melissa@gillamsmithlaw.com
                                          GILLAM & SMITH, LLP
                                          303 S. Washington Ave.
                                          Marshall, Texas 75670
                                          Tel. 903.934.8450
                                          Fax 903.934.9257

                                          DAVID SILBERT (admitted *Pro Hac Vice*)
                                          dsilbert@keker.com
                                          SHARIF E. JACOB (admitted *Pro Hac Vice*)
                                          sjacob@keker.com
                                          PAVEN MALHOTRA (admitted *Pro Hac Vice*)
                                          pmalhotra@keker.com

1

KRISTEN E. LOVIN (admitted *Pro Hac Vice*)
klovin@keker.com
VISHESH NARAYEN (admitted *Pro Hac Vice*)
vnarayen@keker.com
CHRISTINA LEE (admitted *Pro Hac Vice*)
clee@keker.com
STEPHANIE J. GOLDBERG (admitted *Pro Hac Vice*)
sgoldberg@keker.com
AMRUTHA DORAI (admitted *Pro Hac Vice*)
adorai@keker.com
ASEEM MEHTA (admitted *Pro Hac Vice*)
amehta@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
META PLATFORMS, INC.

Dated:  February 11, 2026          By: */s/ Justin Constant* _____

Mark D. Siegmund
Texas Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES
PLLC**
Bridgeview Center
7901 Fish Pond Road
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

William D. Ellerman
Texas Bar No. 24007151
**CHERRY JOHNSON SIEGMUND JAMES
PLLC**
8140 Walnut Hill Lane
Suite 830
Dallas, Texas 75231
wellerman@cjsjlaw.com

Garland Stephens
Texas Bar No. 24053910
garland@bluepeak.law
Richard Koehl
Texas Bar No. 24115754

2

richard@bluepeak.law
Justin Constant (admitted *Pro Hac Vice*)
Texas Bar No. 24067551
justin@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd.
PMB 8160
Houston, TX 77025
Telephone: (281) 972-3036

Attorneys for Plaintiff
DIALECT LLC

4113839

## [PROPOSED] ORDER

**IT IS ORDERED** that the foregoing Joint Motion is granted, and all pending deadlines

in this action are stayed until a new scheduling order is entered in the Western District of

Washington following transfer of this matter to that Court.

Dated:

                                                          _____

Hon. Derek T. Gilliland
UNITED STATES MAGISTRATE JUDGE

4113839

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the forgoing instrument was served upon the parties, or the attorney(s) of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on this 11th day of February, 2026.

*/s/ Sharif E. Jacob*
SHARIF E. JACOB

5

4113839